McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 03-5434 AWI |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | RE: CONTINUANCE |
| JOSE MALDONADO RIVERA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Defendant JOSE MALDONADO RIVERA, by and through his attorney, T.J. RICHARDSON, and the United States of America, by and through its attorneys, McGREGOR W. SCOTT, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

   1.  Since the parties are attempting to reach a pretrial disposition, the parties to the above-captioned matter agree that the filing date for motions <u>in</u> <u>limine</u> shall be extended from 4 p.m. January 9, 2006, to 4 p.m., January 17.

   2.  The time and dates for filing the response, 4 p.m., January 23, and reply, 4 p.m., January 30, shall remain the same.
////

1

DATED: January 9, 2006                           Respectfully submitted,

                                                 McGREGOR W. SCOTT
                                                 United States Attorney

                                                 By /s/ Karen A. Escobar
                                                   KAREN A. ESCOBAR
                                                   Assistant U.S. Attorney


DATED: January 9, 2006                           /s/ T.J. Richardson
                                                 _____
                                                 T.J. RICHARDSON
                                                 Attorney for Defendant
                                                 JOSE MALDONADO RIVERA

**ORDER**

Having read and considered the parties' stipulation to continue the time for the filing of motions in limine in the above-captioned matter,

IT IS THE ORDER of the Court that the filing date for motions in limine shall be extended from 4 p.m. January 9, 2006, to 4 p.m., January 17.  The time and dates for filing the response, 4 p.m., January 23, and reply, 4 p.m., January 30, shall remain the same.

IT IS SO ORDERED.

**Dated:   January 10, 2006**                    **/s/ Anthony W. Ishii**
0m8i78                                           UNITED STATES DISTRICT JUDGE